# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. ) Case No. 7:18 mj 1491
Julio Francisco LEIJA )
*Defendant(s)* )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 22, 2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841, 846, & 952 | Knowingly and intentionally import, possess, and conspire to possess with intent to distribute approximately 4.67 kilograms of cocaine, a Schedule II Controlled Substance, into the United States from the Republic of Mexico. |

This criminal complaint is based on these facts:

On July 22, 2018, Homeland Security Investigations Special Agents, responded to the Donna International Port of Entry in Donna, Texas in reference to a narcotics seizure. Julio Francisco LEIJA attempted entry into the United States as the driver and sole occupant of a white Ford Taurus, Texas license plates KYK5145. At primary inspection, US Customs and Border Protection Officers (CBPOs) referred LEIJA into secondary for inspection. At secondary inspection, CBPOs discovered four bundles concealed inside a compartment in the engine area of the vehicle with a combined weight of approximately 4.67 kilograms. The bundles were found to contain a substance that tested positive for the properties of cocaine.

☐ Continued on the attached sheet.

Approved by: Leo J. Leo, III

*Complainant's Signature*

Christopher Weber   Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

7/23/18 @ 7:59 a.m.
*Date*

*Judge's signature*

McAllen, Texas
*City and State*

Juan F. Alanis   U.S. Magistrate Judge
*Printed name and title*